James **HEFFLEY**, Appellant,

v.

Carl **HOCKER**, Warden Nevada State
Prison, Appellee.

No. 22661.

United States Court of Appeals,
Ninth Circuit.

July 13, 1970.

James A. Heffley, James C. Martin,
Carson City, Nev., for appellant.

Harvey Dickerson, Atty. Gen., of
Nevada, Carson City, Nev., for appellee.

Before HAMLEY and MERRILL, Circuit Judges, and POWELL, District
Judge.[*]

PER CURIAM:

On December 9, 1969, Judge Powell
dissenting, we reversed a district court

order which had denied relief in this habeas corpus proceeding and remanded the
cause to the district court for further
proceedings. On June 29, 1970, the
United States Supreme Court, *sub nom.*
Hocker v. Heffley, 399 U.S. 521, 90 S.Ct.
2236, 26 L.Ed.2d 780, vacated our judgment and remanded the cause to this
court for further consideration in light
of Chambers v. Maroney, 399 U.S. 42,
90 S.Ct. 1975, 26 L.Ed.2d 419, decided
June 22, 1970.

The rationale of Chambers v. Maroney
requires us to hold that the search and
seizure here in question was valid under
the Fourth Amendment, made applicable
to the states by the Fourteenth Amendment. All of Heffley's points on appeal
are predicated upon his contention, which
must now be rejected, that such search
and seizure was illegal. Accordingly, the
order dismissing the habeas proceeding
is

Affirmed.

---

[*] The Honorable Charles L. Powell, United
States District Judge for the Eastern District of Washington, sitting by designation.